**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**HIT 55 PROPERTIES L.L.C.,**

    **Plaintiff,**

v.                                          Case No.  8:10-cv-1144-T-30TGW

**SPARTAN HOUSING INDUSTRIES L.L.C.,**

    **Defendant.**
_____/

**FINAL JUDGMENT**

THIS CAUSE comes before the Court upon Plaintiff's Motion for Entry of Default Money Judgment (Dkt. #7), with Defendant having been duly served with process and having failed to appear and respond to the Complaint herein, a Clerk's default being entered on September 2, 2010, and the Court being advised of the premises, it appears from Plaintiff's affidavit that the Plaintiff is entitled to a money judgment against Defendant.

It is therefore ORDERED AND ADJUDGED that:

1. Plaintiff's Motion for Entry of Default Money Judgment (Dkt. #7) is GRANTED.

2. Plaintiff HIT 55 PROPERTIES L.L.C. shall recover from Defendant SPARTAN HOUSING INDUSTRIES L.L.C. the sum of $250,000.00, plus interest at the per annum contractual rate of 15% since July 2006 ($156,163.50), together with 5% contractual late charges since July 2006 ($52,053.50), plus filing fees expended in this Court of $350.00

and service of process fees of $200.00, amounting in all for a grand total of $458,767.00, for which let execution issue forthwith.

      3.      The Clerk is directed to enter judgment in favor of Plaintiff and against Defendant in the amount of $458,767.00.

      4.      The Clerk is directed to terminate any pending motions as moot and close this file.

**DONE** and **ORDERED** in Tampa, Florida on September 15, 2010.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2010\10-cv-1144.FJ 7.frm